UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAWAN KUMAR,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX FACILITY, et al.,

Respondents.

No. 1:26-cv-02620-DAD-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS AS MOOT

(Doc. Nos. 7, 11)

Petitioner Sawan Kumar is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 9.) Specifically, the magistrate judge found that petitioner's petition seeks review of a bond hearing held by an immigration judge pursuant to the order of the district court in a prior action, that petitioner had not appealed the immigration judge's bond decision, and accordingly that this petition would more properly be filed as either a motion to enforce the court's order in the prior action or as a separate habeas action only after exhaustion of administrative remedies. (*Id.* at 1–3.) The pending findings and recommendations were served on the parties and

contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 3.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 28, 2026 (Doc. No. 11) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice to its refiling;
3. Respondents' motion to dismiss (Doc. No. 7) is DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE